

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12CR53-W |
|---|---|---|
| | ) | |
| v. | ) | BILL OF INDICTMENT |
| | ) | |
| | ) | Violations: |
| DAMIEN JACKSON | ) | 18 U.S.C. § 922(g) |
| | ) | 18 U.S.C. § 924(c) |
| | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE

(Possession of a Firearm in Furtherance of Drug Trafficking)

On or about October 20, 2011, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the Defendant,

**DAMIEN JACKSON,**

during and in relation to a drug trafficking crime, that is, possess with intent to distribute marijuana, a violation of Title 21, United States Code, Section 841, for which he may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry a firearm, that is, a .40 caliber handgun, model JCP 40 S&W, serial number X710156, and in furtherance of such drug trafficking crime, did possess said firearm.

All in violation of Title 18, United States Code, Section 924(c).

### COUNT TWO

(Possession of a Firearm by a Convicted Felon)

On or about October 20, 2011, in Mecklenburg County, in the Western District of North Carolina, the defendant,

**DAMIEN JACKSON,**

having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, that is, a .40 caliber handgun, model JCP 40 S&W, serial number X710156, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The Grand Jury finds probable cause that the firearms and ammunition listed below are subject to forfeiture in accordance with Section 924(d) because they were involved in, used, or intended to be used in the violations alleged in this bill of indictment:

- .40 caliber handgun, model JCP 40 S&W, serial number X710156 and ammunition, seized on October 20, 2011.

A TRUE BILL:

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

ELIZABETH F. GREENE
SPECIAL ASSISTANT UNITED STATES ATTORNEY